IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ANTHONY NORDMAN,

    Plaintiff,

v.                                                                                                                                 No. 1:12-cv-01189-JDB-egb

JULIUS WORTHINGTON,
JACKSON MADISON-COUNTY
SCHOOL SYSTEM BOARD OF
EDUCATION, MORTON TAYLOR,

    Defendants.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

On August 21, 2012, the Plaintiff, Anthony Nordman, filed his complaint against Defendants, Julius Worthington, the Jackson-Madison County School System Board of Education, and Morton Taylor, and summons were issued. (Docket Entry ("D.E.") 1.) After the Plaintiff failed to serve the Defendants within 120 days of filing the complaint, Magistrate Judge Ed Bryant issued an order directing the Plaintiff to show cause why his case should not be dismissed pursuant to rule 4(m) of the Federal Rules of Civil Procedure. (D.E. 5.) Nordman was warned that failure to respond to the order could result in dismissal of his case. Plaintiff failed to respond to the order, and on February 11, 2013, Judge Bryant issued a report and recommendation that the Plaintiff's case be dismissed without prejudice. (D.E. 7.) According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), and the time for filing objections has passed. See Fed. R. Civ. P. 72(b).

After a review of the magistrate judge's report and recommendation, the Court ADOPTS Judge Bryant's findings and recommendations, and DISMISSES WITHOUT PREJUDICE Nordman's complaint against Worthington, Jackson-Madison County School System Board of Education, and Taylor

.

IT IS SO ORDERED this 4th day of March, 2013.

                                                 s/ J. DANIEL BREEN
                                                 UNITED STATES DISTRICT JUDGE